UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:25-cr-00022-1

JOSHUA MASON TROTTER

### ORDER

On May 27, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Count Two charges the Defendant with possession of a firearm by a prohibited person, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on May 27, 2025. [Doc. 57]. Objections in this case were due on June 13, 2025. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 57]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statutes charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   June 25, 2025



Frank W. Volk
Chief United States District Judge